UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA L. WYATT,

    Plaintiff,

                                                Case No. 12-11406

v.

                                                Hon. John Corbett O'Meara

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S
## APPLICATION FOR ATTORNEYS' FEES

    Before the court is Plaintiff Pamela L. Wyatt's application for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. The government has not filed a timely response to the motion. Pursuant to L.R. 7.1(f)(2), the court did not hear oral argument.

    As the prevailing party in this matter, Plaintiff seeks attorneys' fees in the amount of $7,997.10. Having reviewed Plaintiff's motion, the court finds that Plaintiff is entitled to fees under the EAJA, as the Commissioner's position was not substantially justified. See 28 U.S.C. § 2412(d)(1)(B). The court further finds that the hours expended and rates charged are reasonable and appropriate.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's application for

attorneys' fees is GRANTED.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date:  January 9, 2014

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 9, 2014, using the ECF system.

                                          s/William Barkholz
                                          Case Manager